UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| CHRISTOPHER COULTER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DEPARTMENT OF THE AIR FORCE, DEBORAH LEE JAMES, SECRETRARY OF THE DEPARTMENT OF THE AIR FORCE, UNITED STATES OF AMERICA, AND DOES 1-20,<br><br>    Defendants. | No. 2:16-cv-02076-SB<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS** |

   Before the Court is the parties' Stipulation Continuing Dates Related to Pending Motion and Joint Status Report, ECF No. 10.

   The parties ask that the pending hearing on Defendant's Motion to Dismiss be continued and the due date for the Joint Status Report be continued until 7 days after any Answer is filed in this action. Good cause exists to grant the parties' request.

   Accordingly, **IT IS HEREBY ORDERED THAT**:

   1.   The parties' Stipulation Continuing Dates Related to Pending Motion and Joint Status Report, ECF No. 10, is **GRANTED**.

**ORDER DENYING THE PARTIES' JOINT STIPULATION FOR PROTECTIVE ORDER ~** 1

2. The hearing on Defendants' Motion to Dismiss, ECF No. 8, is continued to **April 13 2017,** without oral argument.

3. Any opposition and reply are due in accordance with the Local Rules.

4. The due date for the Joint Status Report is continued until 7 days after any Answer is filed in this action.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 1st day of March 2017.

_____
Stanley A. Bastian
United States District Judge

**ORDER DENYING THE PARTIES' JOINT STIPULATION FOR PROTECTIVE ORDER ~ 2**