# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT SACRAMENTO

| | |
|---|---|
| CHRISTOPHER COULTER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DEPARTMENT OF THE AIR FORCE, DEBORAH LEE JAMES, SECRETRARY OF THE DEPARTMENT OF THE AIR FORCE, UNITED STATES OF AMERICA, AND DOES 1-20,<br><br>    Defendants. | No. 2:16-cv-02076-SB<br><br>**ORDER RE: STIPULATION** |

Before the Court is the parties' Stipulation Withdrawing United States' Motion to Dismiss; Permitting Filing of Amended Complaint; and Setting Responsive Deadline, ECF No. 13.

The parties indicate the United States is withdrawing its Motion to Dismiss and ask that Plaintiff be permitted to file his First Amended Complaint and that the deadline for filing a responsive pleading be set. Good cause exists to grant the parties' request.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties' Stipulation Withdrawing United States' Motion to Dismiss;

**ORDER RE: STIPULATION ~ 1**

Permitting Filing of Amended Complaint; and Setting Responsive Deadline, ECF No. 13, is **GRANTED**.

2. Defendant's pending Motion to Dismiss, ECF No. 8, is withdrawn and any related dates are vacated.

3. Plaintiff is granted leave to file First Amended Complaint.

4. Any responsive pleading shall be filed on or before April 20, 2017.

5. The due date for the Joint Status Report is continued until 7 days after Any Answer is filed in this action.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 29th day of March 2017.

_____
Stanley A. Bastian
United States District Court Judge

**ORDER RE: STIPULATION ~ 2**