UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

FILED
Aug 15, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COULTER,<br><br>Plaintiff,<br><br>v.<br><br>THE DEPARTMENT OF THE AIR FORCE, DEBORAH LEE JAMES, SECRETRARY OF THE DEPARTMENT OF THE AIR FORCE, UNITED STATES OF AMERICA, AND DOES 1-20,<br><br>Defendants. | No. 2:16-cv-02076-SB<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR A STAY; DISMISSING REMAINING CLAIMS; CLOSING FILE** |

Previously, the Court granted Defendants' Motion to Dismiss, in part, and requested further briefing on Plaintiff's request to stay the two remaining claims. ECF No. 21. After reviewing the parties' briefing, it is clear the proper course of action is to dismiss Plaintiff's Whistleblower Protection Act claim and his Federal Tort Act claim for Intentional Infliction of Emotional Distress.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Whistleblower Protection Act claim and Federal Tort Act claim for Intentional Infliction of Emotional Distress are **DISMISSED,** for failure to exhaust administrative remedies.

2. The above-captioned case is **DISMISSED.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the files.

**DATED** this 15th day of August, 2017.

_____
Stanley A. Bastian
United States District Court Judge

**ORDER DENYING PLAINTIFF'S REQUEST FOR A STAY; DISMISSING REMAIING CLAIMS; CLOSING FILE ~ 2**